IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 13-cr-00226-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JASON ROBERT FLYNN,

    Defendant.

## ORDER

This matter is before the Court on the Government's Motion to Restrict Document [Docket No. 39]. No objections have been filed under D.C.COLO.LCrR 47.1. Good cause appearing, it is

**ORDERED** that the Government's Motion to Restrict Document [Docket No. 39] is granted. It is further

**ORDERED** that Docket Nos. 40 and 41 shall be restricted under Level Two Restriction until further order of this Court.

DATED August 4, 2014.

                                        BY THE COURT:

                                        s/Philip A. Brimmer
                                        PHILIP A. BRIMMER
                                        United States District Judge